# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-26-00325-CV

**In re Zachary Brice Knox**

## ORIGINAL PROCEEDING FROM IRION COUNTY

## M E M O R A N D U M   O P I N I O N

Relator has filed a petition for writ of mandamus complaining of a temporary restraining order (TRO) entered by the trial court on March 27, 2025, denying relator possession and access to the subject child in the underlying suit affecting the parent-child relationship. After relator filed his petition, however, the trial court on April 6, 2026, entered an order on relator's then-pending motion to vacate the TRO vacating in part and modifying in part the complained-of order and setting a hearing for temporary orders in the underlying suit. Because the April 6, 2026 order vacated the complained-of provisions of the TRO, relator's complaints about are now moot. Accordingly, we dismiss his petition for writ of mandamus for lack of jurisdiction. *See* Tex. R. App. P. 52.8(a).

_____

Chari L. Kelly, Justice

Before Justices Triana, Kelly, and Ellis

Filed:   April 24, 2026